RECEIVED
OCT 22 2026
PRO SE OFFICE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **HYUNSEOUNG CHOI**<br>*Plaintiff,*<br>-v-<br>**JOHN DOES 1-10**<br>*Defendants.* | Case # CV 26-6584<br>**COMPLAINT** CHO, M.J.<br>JURY TRIAL DEMANDED |

Plaintiff HYUNSEOUNG CHOI ("Plaintiff") respectfully brings this complaint regarding Defendants' violations of the Telephone Consumer Protection Act.

**PARTIES**

1. Plaintiff Hyunseoung Choi is a resident of Queens County, New York.

2. The Defendants are unknown telemarketers who have made at least 48 illegal telemarketing calls to Plaintiff's residential phone number.

**JURISDICTION AND VENUE**

3. This action arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), and so this Court has federal question subject matter jurisdiction over this action.

4. This Court has supplemental jurisdiction over the New York statutory claim under 28 U.S.C. § 1367, as this claim arises out of a common nucleus of operative facts as the claims arising under the federal TCPA.

5. Venue is proper under 28 U.S.C. § 1391(b)(2) because Plaintiff received the challenged calls at his residence in Queens County, New York, which lies within this District, and a substantial part of the events giving rise to this action occurred in this District.



REC'D IN PRO SE OFFICE
OCT 22 '26 AM11:21

## PLAINTIFF'S ALLEGATIONS

6. Over 2025 and 2026, Plaintiff has received hundreds of telemarketing calls on his personal and residential phone number, (401) 484-8243 ("Plaintiff's Number"), of which Plaintiff was the sole user and subscriber at all relevant times.

7. Plaintiff never consented to receive telemarketing calls on Plaintiff's Number.

8. Upon information and belief, the Caller Identification Numbers ("CID") for many of these telemarketing calls, that should have identified the correct number that initiated the telemarketing calls at issue, were "spoofed" to disguise the true number used to make the illegal telemarketing calls.

9. Most calls displayed a CID with the same area code (401) as Plaintiff's Number.

10. These telemarketers left at least 48 voicemails on Plaintiff's Number which all appeared artificial or prerecorded, as the voice sounds robotic, and several groups of identical messages were left by numerous different spoofed phone numbers.

11. Appendix A lists all 48 voicemails, including the precise date/time of the call, the CID shown to Plaintiff, and the callback number contained in the voicemail.

12. Calls #1-36 all left voicemails using an artificial or prerecorded voice advertising search engine optimization services.

13. Calls #1-36 all left one of 4 unique callback numbers.

14. Calls #37-48 all left voicemails with the same artificial or prerecorded voice advertising an "integration team."

15. None of the voicemails left by Calls #37-48 left a callback number.

16. Plaintiff could tell all 48 calls were placed using a prerecorded or artificial voice because the messages all sounded robotic, with the same script being shared across several calls, and all messages contained a prompt to press a certain number to reach an agent.

17. None of the 48 voicemails identified the name of the caller or calling entity.

18. The FCC states "Scammers often use neighbor spoofing so it appears that an incoming call is coming from a local number."[1]

19. Upon information and belief, the CIDs for all calls were spoofed.

20. Because the CID phone numbers for these telemarketing calls were spoofed. and because these telemarketers universally failed to identify themselves by their legal names as required by law, Plaintiff has been unable to identify the entities responsible for the calls.

21. In many cases, the voicemail included a callback number to opt out of future calls.

22. But when calling back this callback number and the CID phone numbers, Plaintiff encountered an immediate disconnection of the call, thwarting attempts to identify the callers.

23. The unauthorized solicitation calls that Plaintiff received from the Defendants have harmed Plaintiff in the form of annoyance, nuisance, and invasion of privacy, occupied his phone line, and disturbed the use and enjoyment of his phone number.

24. Plaintiff felt harassed by the barrage of calls received from Defendants.

## <u>FIRST CLAIM FOR RELIEF</u>
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227(b))**
**(Prerecorded Voice to Residential Phone Without Consent)**

25. Plaintiff incorporates all previous paragraphs as if fully set forth herein.

---

[1] https://www.fcc.gov/consumers/guides/spoofing

26. Defendants' actions constitute numerous and multiple violations of the TCPA, 47 U.S.C. § 227(b), by making telemarketing calls, except for emergency purposes, to the residential telephone numbers of Plaintiff using an artificial or prerecorded voice.

27. Plaintiff is entitled to an award of a minimum of $500, and a maximum of $1,500, in damages for each and every call made to his residential phone number using an artificial or prerecorded voice in violation of the statute, pursuant to 47 U.S.C. § 227(b)(3)(B).

28. Plaintiff is also entitled to and does seek injunctive relief pursuant to 47 U.S.C. § 227(b)(3)(A) enjoining Defendants from further violating the TCPA.

**SECOND CLAIM FOR RELIEF**
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227(c))**
**(Failure to Leave Identifying Information in Violation of Regulations)**

29. Plaintiff incorporates all previous paragraphs as if fully set forth herein.

30. Defendants' actions constitute numerous and multiple violations of the TCPA, 47 U.S.C. § 227(c), by placing "more than one telephone call within any 12-month period by or on behalf of the same entity" to Plaintiff's residential telephone number in violation of the regulations promulgated by the FCC under 47 C.F.R. § 64.1200.

31. All calls were "telephone solicitations." 47 C.F.R. § 64.1200(f)(15).

32. The voicemails failed to include the "name of the individual caller, the name of the person or entity on whose behalf the call is being made, and a telephone number or address at which the person or entity may be contacted" as required by 47 C.F.R. § 64.1200(d)(4).

33. Plaintiff is entitled to an award of $500 for each violation pursuant to § 227(c)(5)(B), and up to $1,500 per violation for knowing or willful violations.

34. Plaintiff is also entitled to and does seek injunctive relief pursuant to § 227(c)(5)(A) enjoining Defendants from further violating the TCPA by making telemarketing calls in violation of the regulations promulgated by the FCC.

**THIRD CLAIM FOR RELIEF**
**New York General Business Law § 399-P**
**(Violation of New York Telemarketing Law)**

35. Plaintiff incorporates all previous paragraphs as if fully set forth herein.

36. Defendants' voicemails demonstrate the illegal use of an "automatic dialing-announcing device," which in New York, must "state at the beginning of the call the nature of the call and the name of the person or on whose behalf the message is being transmitted and at the end of such message the address, and telephone number of the person on whose behalf the message is transmitted." NY G.B.L. § 399-P(3). Defendants' message failed to announce such information.

37. Pursuant to NY G.B.L. § 399-P(9), Plaintiff brings this action to enjoin such unlawful act or practice and to "recover his actual damages or fifty dollars, whichever is greater," per call, subject to trebling if Defendants "willfully or knowingly" made those violations.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff prays for the following relief:

A. Enter judgment in Plaintiff's favor and against Defendants;

B. Award Plaintiff $500 for each violation of 47 U.S.C. § 227(b), increased up to $1,500 per violation for knowing or willful violations, pursuant to 47 U.S.C. § 227(b)(3);

C. Award Plaintiff $500 for each violation of 47 U.S.C. § 227(c), increased up to $1,500 per violation for knowing or willful violations, pursuant to 47 U.S.C. § 227(c)(5);

D. Award Plaintiff money damages pursuant to NY G.B.L. § 399-P(9);

E. Enter appropriate injunctive relief prohibiting Defendants from making further calls to Plaintiff's telephone number in violation of the law;

F. Award Plaintiff costs of this action to the extent permitted by law; and

G. Grant such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff requests a jury trial.

DATED: October 22nd, 2026

**By: HYUNSEOUNG CHOI**
**Plaintiff, *pro se***
43-10 Crescent St. Apt. 2705
Long Island City, NY 11101
hschoi9898@gmail.com
(401) 484-8243

**Appendix A**
**List of Voicemail Calls to Plaintiff's Phone Number from Presumably Spoofed Caller IDs**

| # | Date/Time of Call | Caller ID | Callback number mentioned in voicemail |
|---|---|---|---|
| 1 | 2025-07-25 10:00:18 EDT | (401) 856-9717 | (619) 935-1060 |
| 2 | 2025-07-30 14:50:02 EDT | (401) 306-5984 | (619) 935-1060 |
| 3 | 2025-08-01 13:16:59 EDT | (401) 344-3821 | (619) 935-1060 |
| 4 | 2025-08-04 16:43:38 EDT | (401) 206-4792 | (619) 935-1060 |
| 5 | 2025-08-12 16:47:29 EDT | (401) 429-0627 | (619) 935-1060 |
| 6 | 2026-01-30 10:15:51 EST | (401) 204-0574 | (877) 865-5852 |
| 7 | 2026-01-30 11:14:56 EST | (401) 200-9410 | (877) 865-5852 |
| 8 | 2026-01-30 14:08:59 EST | (401) 203-4902 | (877) 865-5852 |
| 9 | 2026-01-30 16:44:48 EST | (401) 204-0042 | (877) 865-5852 |
| 10 | 2026-02-02 09:31:41 EST | (401) 204-0869 | (877) 865-5852 |
| 11 | 2025-07-25 16:06:18 EDT | (401) 621-2216 | (959) 262-8948 |
| 12 | 2025-07-31 14:42:32 EDT | (401) 200-9480 | (959) 262-8948 |
| 13 | 2025-08-01 10:56:48 EDT | (401) 330-4645 | (959) 262-8948 |
| 14 | 2025-08-06 12:26:47 EDT | (401) 530-8909 | (959) 262-8948 |
| 15 | 2025-08-07 13:40:44 EDT | (401) 343-9548 | (959) 262-8948 |
| 16 | 2025-08-08 15:55:58 EDT | (401) 628-9016 | (959) 262-8948 |
| 17 | 2025-08-12 10:12:53 EDT | (401) 377-7822 | (959) 262-8948 |
| 18 | 2025-08-13 11:56:07 EDT | (401) 656-9498 | (959) 262-8948 |
| 19 | 2025-08-15 10:03:30 EDT | (401) 589-7806 | (959) 262-8948 |
| 20 | 2025-08-18 11:06:00 EDT | (401) 777-0953 | (959) 262-8948 |
| 21 | 2025-08-20 10:29:51 EDT | (401) 856-5855 | (959) 262-8948 |
| 22 | 2025-08-21 11:20:01 EDT | (401) 548-7054 | (959) 262-8948 |
| 23 | 2025-08-25 12:34:08 EDT | (401) 279-0735 | (959) 262-8948 |
| 24 | 2025-08-25 13:32:17 EDT | (401) 459-9115 | (959) 262-8948 |
| 25 | 2025-08-26 14:28:07 EDT | (401) 594-9533 | (959) 262-8948 |
| 26 | 2025-08-28 14:20:17 EDT | (401) 829-4130 | (959) 262-8948 |
| 27 | 2025-09-04 12:09:37 EDT | (401) 643-3265 | (959) 262-8948 |
| 28 | 2025-09-11 14:24:36 EDT | (401) 229-6056 | (959) 262-8948 |
| 29 | 2025-09-12 16:03:28 EDT | (401) 648-4190 | (959) 262-8948 |
| 30 | 2025-09-16 13:16:16 EDT | (401) 226-0837 | (959) 262-8948 |
| 31 | 2025-09-17 12:47:48 EDT | (401) 281-4152 | (959) 262-8948 |
| 32 | 2025-09-30 11:08:27 EDT | (401) 200-3483 | (959) 262-8948 |
| 33 | 2025-10-02 13:11:25 EDT | (401) 203-8983 | (959) 262-8948 |
| 34 | 2025-10-10 14:59:07 EDT | (401) 209-1334 | (959) 262-8948 |

| | | | |
|---|---|---|---|
| 35 | 2025-10-22 16:31:22 EDT | (401) 208-0822 | (959) 262-8948 |
| 36 | 2026-04-24 10:00:58 EDT | (401) 206-4664 | (866) 202-2034 |
| 37 | 2025-12-19 15:27:39 EST | (781) 425-5883 | None |
| 38 | 2025-12-19 21:14:38 EST | (781) 425-5883 | None, same voicemail message as #37 |
| 39 | 2025-12-22 04:59:23 EST | (781) 425-5883 | None, same voicemail message as #37 |
| 40 | 2025-12-22 10:13:57 EST | (781) 425-5883 | None, same voicemail message as #37 |
| 41 | 2025-12-25 10:31:15 EST | (781) 425-5883 | None, same voicemail message as #37 |
| 42 | 2025-12-29 04:47:11 EST | (781) 425-5883 | None, same voicemail message as #37 |
| 43 | 2025-12-30 09:48:14 EST | (781) 425-5883 | None, same voicemail message as #37 |
| 44 | 2025-12-30 18:09:09 EST | (781) 425-5883 | None, same voicemail message as #37 |
| 45 | 2026-01-23 15:46:41 EST | (781) 425-5883 | None, same voicemail message as #37 |
| 46 | 2026-01-28 09:38:31 EST | (781) 425-5883 | None, same voicemail message as #37 |
| 47 | 2026-02-11 09:28:05 EST | (781) 425-5883 | None, same voicemail message as #37 |
| 48 | 2026-02-24 10:53:25 EST | (781) 425-5883 | None, same voicemail message as #37 |